IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-cv-81281-DMM

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

UNLAWFUL THREADS LLC,

    Defendant.

## AMENDED AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Christopher Sadowski ("Plaintiff") respectfully moves the Court for an order extending the time for defendant Unlawful Threads LLC ("Defendant") to file its response to Plaintiff's Complaint, and states as follows:

1. Plaintiff served his Complaint upon Defendant on September 30, 2023. Defendant's response is due on October 23, 2023. See D.E. 7.

2. On October 11, 2023, undersigned counsel was contacted by Andrew D. Lockton, Esq., who had been contacted by Defendant with respect to retaining him to defend this lawsuit, who indicated Defendant needs additional time to obtain counsel and investigate the allegations of the Complaint.

3. Both Defendant and undersigned counsel for Plaintiff agreed to extend the deadline by 30 days to allow Defendant to investigate the allegations and properly respond.

4. The requested extension of time is being made in good faith.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting Defendant an extension of time, through and including November 22, 2023, to file its response to

the Complaint.

                                                      Respectfully submitted,

Dated: October 23, 2023.         COPYCAT LEGAL PLLC
                                                      3111 N. University Drive
                                                      Suite 301
                                                      Coral Springs, FL 33065
                                                      Telephone: (877) 437-6228
                                                      dan@copycatlegal.com

                                                      By: /s/ Daniel DeSouza_____
                                                            Daniel DeSouza, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

                                                /s/ Daniel DeSouza__

                                                Daniel DeSouza, Esq.