UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

Christopher Sadowski, Plaintiff,

vs.

Unlawful Threads llc, Defendant(s)

Case No. 9:23-cv-81281-dmm

FILED BY _____ D.C.
OCT 26 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Motion For Referral To Volunteer Attorney Program

I, Timothy Lawler, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: _____
Printed name: Timothy Lawler
Address: 10622 Pebble Cove lane, Boca raton, Fl 33498

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/other]   on   [date] on all counsel or parties of record on the Service List below.

Signature: _____
Printed name: Timothy Lawler

**SERVICE LIST**
Attorney or Party Name
Attorney or Party E-mail Address
Firm Name
Street Address City, State, Zip Code
Telephone: (xxx) xxx-xxxx
Facsimile: (xxx) xxx-xxxx
Attorneys for Plaintiff/Defendant

Timothy Kailer
16622 Pebble Cove Lane
Boca Raton, FL. 33498

WEST PALM BCH FL 334
24 OCT 2023 PM 1 L

United States District Court Southern District Florida
Clerks Office
701 Clematis Street room 202
West Palm Beach, FL 33401

33401-511352