UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-81281-cv-MIDDLEBROOKS

CHRISTOPHER SADOWSKI,

     Plaintiff,

v.

UNLAWFUL THREADS, LLC,

     Defendant.

_____/

## ORDER STRIKING MOTION FOR REFERRAL
## TO VOLUNTEER ATTORNEY PROGRAM

**THIS CAUSE** comes before the Court on nonparty to the lawsuit Timothy Lawler's Motion for Referral to a Volunteer Attorney Program. (DE 12).

Plaintiff's Complaint identifies Mr. Lawler as the Defendant's agent for service of process, but it is unclear what role he serves in the LLC. If Mr. Lawler is attempting to enter a pro se appearance on behalf of the LLC, he cannot do that. Defendant Unlawful Threads is an artificial entity and may not proceed pro se. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel . . . [This] rule applies even where the person seeking to represent the corporation is its president and major stockholder."). The corporate Defendant is advised that it risks default if no attorney appears and if it fails to respond to the Complaint on time.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that

1. The Clerk of Court **SHALL STRIKE** the Motion for Referral to Volunteer Attorney Program. (DE 12).

   2. The Clerk of Court **SHALL SERVE** a copy of this Order on:

      Unlawful Threads LLC
      10622 Pebble Cove Lane
      Boca Raton, FL 33498


      Timothy Lawler
      10622 Pebble Cove Lane
      Boca Raton, FL 33498

    **SIGNED** in Chambers at West Palm Beach in the Southern District of Florida, this 30th day of October, 2023.

Donald M. Middlebrooks
United States District Judge

2