IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-cv-81281-DMM

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

UNLAWFUL THREADS LLC,

    Defendant.

_____

## MOTION FOR CLERK'S DEFAULT

Plaintiff Christopher Sadowski ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55, hereby moves for entry of a default by the Clerk against defendant Unlawful Threads LLC ("Defendant"), and in support thereof states as follows:

1. On September 15, 2023, Plaintiff filed its Complaint in this action. See D.E. 1.

2. On September 30, 2023, Defendant was served with a copy of the Summons and Complaint in this action. See D.E. 7.

3. Defendant's response/answer to the Complaint was due on October 31, 2023.

4. As the docket in this action reveals, Defendant failed to file any Answer or otherwise respond to the Complaint as required by the Court.

5. Attached to this Motion as Exhibit "A" is a proposed default for entry by the Clerk.

**WHEREFORE,** Plaintiff respectfully requests that the Clerk enter a default against Defendant and for such other and further relief as the Court deems proper under the circumstances.

Dated: November 1, 2023.                                     COPYCAT LEGAL PLLC

            3111 N. University Drive
            Suite 301
            Coral Springs, FL 33065
            Telephone:  (877) 437-6228
            dan@copycatlegal.com

            By: /s/ Daniel DeSouza_____
              Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

            /s/ Daniel DeSouza___
            Daniel DeSouza, Esq.

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-cv-81281-DMM

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

UNLAWFUL THREADS LLC,

    Defendant.

## **DEFAULT**

A Default is hereby entered in this action against defendant Unlawful Threads LLC for failure to serve or file an Answer or otherwise respond to the Complaint as required by law.

Dated this _____ day of _____, 2023.

Clerk of Courts

By:_____
    Deputy Clerk