UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRISTOPHER SADOWSKI

        PLAINTIFF(S)

CASE NUMBER
  9:23–cv–81281–DMM

v.

UNLAWFUL THREADS LLC,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

        DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Unlawful Threads LLC**

as of course, on the date November 2, 2023.

        **Angela E. Noble**
        CLERK OF COURT

        By  /s/ *Dimas Rodriguez*
        Deputy Clerk

cc:  Judge Donald M. Middlebrooks
     Christopher Sadowski

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)