IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-cv-81281

CHRISTOPHER SADOWSKI,

     Plaintiff,

v.

UNLAWFUL THREADS LLC,

     Defendant.

_____

## COMPLAINT

Plaintiff Christopher Sadowski ("Plaintiff") sues Unlawful Threads LLC ("Defendant"),
and alleges as follows:

## THE PARTIES

1.     Plaintiff is an individual who is a citizen of the State of New Jersey residing in the
State of New Jersey.

2.     Defendant is a limited liability company organized and existing under the laws of
the State of Florida with its principal place of business located 10622 Pebble Cove Ln,
Boca Raton, FL 33498. Defendant's agent for service of process is Timothy M Lawler, 10622
Pebble Cove Lane, Boca Raton, FL 33498.

## JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§
1331 and 1338(a).

4.     This Court has jurisdiction over Defendant because it maintains sufficient
minimum contacts with Florida such that the exercise of jurisdiction over it would not offend

traditional notions of fair play and substantial justice.

5.      Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agents reside or may be found in this district. "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant." Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004). "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'" McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991)).

## FACTS

### I.      Plaintiff's Business

6.      Plaintiff is an award-winning photojournalist and is widely published in some of the world's most important newspapers and magazines, including but not limited to, the *New York Post,* Daily Mail Online*, Reader's Digest, USA Today, New York Times,* Fox News*, CBS* News, NBC News*, Boston Globe, Boston Herald, Los Angeles Times, Newsweek Magazine*, and *People Magazine.*

7.      For the past nineteen (19) years, Plaintiff has been self-employed as a professional photographer who specializes in photo-documenting ordinary life and the human condition.

8.      Plaintiff travels throughout the New York, New Jersey and Connecticut tri-state area taking photographs that tell a story about tragedy, hope, calamity, joy, discord and renewal.

9.      Using state-of-the-art equipment, Plaintiff creates high-end photography licensed by some of the top publishers in this Country. When commissioned for a job, Plaintiff spends

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

countless hours capturing hundreds of photographs and then processing those photographs to ensure they meet customers' requirements.

10.     Plaintiff maintains a commercial website (http://www.csnyphoto.com) which describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Plaintiff, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

11.     Plaintiff owns the photographs and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers. To that end, Plaintiff's standard terms include a limited, one-time license for use of any single photograph by the customer only. Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

## II.     The Work at Issue in this Lawsuit

12.     In 2017, Plaintiff created a professional photograph of a Home Depot store titled "012517homedepot14CS, 5/19/2017" (the "Work"). A copy of the Work is exhibited below:



COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

13.    The Work was registered by Plaintiff with the Register of Copyrights on June 30, 2017, and was assigned Registration No. VA 2-056-827. A true and correct copy of the Certificate of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

14.    Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

### III.    Defendant's Unlawful Activities

16.    Defendant is an e-commerce store founded in 2016 offering custom designs for a variety of products such as shirts, mugs, and custom graphics on demand.

17.    Defendant advertises/markets its business primarily through its website (https://unlawfulthreads.com/), social media (e.g., https://www.facebook.com/UnlawfulThreads/, https://www.facebook.com/morefloridamemes/, and https://twitter.com/UnlawfulThreads) and other forms of advertising.

15.    On August 19, 2019 (after Plaintiff's above-referenced copyright registration of the Work), Defendant published a copy of the Work on its Facebook page (at https://www.facebook.com/morefloridamemes/photos/check-out-our-florida-store-for-florida-shirtsmugsstickers-and-wine-tumblerswe-s/1380633602103092/?paipv=0&eav=AfbkSpp4Usur0z9AVSsU0_IBVzs04EIa7yM3T33_tc72N3pkFa3ZyOD_QJQZG0TVgM8&_rdr):

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228



16.    A true and correct copy of screenshots of Defendant's website, webpage, and/or social media, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

17.    Defendant is not and has never been licensed to use or display the Work. Defendant never contacted Plaintiff to seek permission to use the Work in connection with his business or for any other purpose.

18.    Defendant utilized the Work for commercial use.

19.    Upon information and belief, Defendant located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for his own commercial use.

20.    Through his ongoing diligent efforts to identify unauthorized use of his photographs, Plaintiff discovered Defendant's unauthorized use/display of the Work in April 2023. Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use. To date, Plaintiff has been unable to negotiate a reasonable license for the past/existing infringement of his Work.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

21.    All conditions precedent to this action have been performed or have been waived.

<u>**COUNT I – COPYRIGHT INFRINGEMENT**</u>

22.    Plaintiff re-alleges and incorporates paragraphs 1 through 21 as set forth above.

23.    The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

24.    Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

25.    As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendant had access to the Work prior to his own reproduction, distribution, and public display of the Work on his website, webpage, and/or social media.

26.    Defendant reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

27.    By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for his own commercial purposes.

28.    Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether his conduct infringed upon Plaintiff's copyright. Defendant clearly understands that professional photography such as the Work is generally paid for and cannot simply be copied from the internet.

29.    Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

30.      Plaintiff is entitled to recover his actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

31.      Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

32.      Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover his costs and attorneys' fees as a result of Defendant's conduct.

33.      Defendant's conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

a.   A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

b.   A declaration that such infringement is willful;

c.   An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.   Awarding Plaintiff his costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.   Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.   Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

**Demand For Jury Trial**

Plaintiff demands a trial by jury on all issued so triable.

Dated: September 15, 2023.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
meghan@copycatlegal.com
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Meghan A. Medacier
       Meghan A. Medacier, Esq.
       Florida Bar No.: 1035608
       Daniel DeSouza, Esq.
       Florida Bar No.:  19291
       James D'Loughy, Esq.
       Florida Bar No.: 0052700

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-056-827

**Effective Date of Registration:**
June 30, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, 2017-Q2 Photo Collection, published 4/1/2017 to 6/30/2017; 117 photos |
| **Content Title:** | 112516crimescene33CS, 4/1/2017 |
| | 012617stabbing4CS, 4/2/2017; 022517crime3CS, 4/2/2017 |
| | 022517crime2CS, 4/2/2017 |
| | 022317debt3CS, 4/3/2017 |
| | 010917ocean1CS, 4/3/2017 |
| | 061705whitemanna1CS, 4/5/2017 |
| | 031517townhall14CS, 4/6/2017 |
| | 040817pedestrian4CS, 4/8/2017 |
| | 040817shooting2CS, 4/9/2017; 040817shooting4CS, 4/9/2017 |
| | 052716faulkner31CS, 4/9/2017 |
| | 040817police1CS, 4/12/2017 |
| | 010817ferry6CS, 4/12/2017 |
| | 090216garcia5CS, 4/12/2017 |
| | 041317accident4CS, 4/13/2017 |
| | 031517police1CS, 4/14/2017 |
| | 041417response10CS, 4/14/2017 |
| | 041417pursuit2CS, 4/15/2017 |
| | 110616trump3CS, 4/18/2017 |
| | 042017tolley15CS, 4/20/2017; 042017tolley20CS, 4/20/2017; 042017tolley25CS, 4/20/2017 |
| | 041917ikea7CS, 4/21/2017; 041917ikea10CS, 4/21/2017 |
| | 042117amtrak8CS, 4/21/2017 |

042217pedestrian2CS, 4/23/2017

060316crime5CS, 4/24/2017

041917renovation3CS, 4/25/2017

011117cruise9CS, 4/25/2017

081916court18CS, 4/25/2017

042717stabbing2CS, 4/28/2017

042717intrepid5CS, 4/28/2017

052116amazon6CS, 4/28/2017

050416train7CS, 5/2/2017

011917mcdonalds3CS, 5/2/2017

050517standoff3CS, 5/5/2017

041915crime1CS, 5/6/2017

050517crimescene1CS, 5/6/2017

050517standoff7CS, 5/6/2017

050617stabbing2CS, 5/7/2017

050617stabbing3CS, 5/7/2017

050517crimescene7CS, 5/8/2017

080416crosswalk2CS, 5/10/2017

050617schoolbus11CS, 5/10/2017

052116amazon29CS, 5/10/2017

072316nypd1CS, 5/10/2017

042217nypd1CS, 5/11/2017

051117fire4CS, 5/11/2017

051117robinson1CS, 5/11/2017

010817wtc2CS, 5/12/2017

050717money9CS, 5/12/2017

051017trooper3CS, 5/14/2017

041516overcrowding15CS, 5/15/2017

052716faulkner39CS, 5/15/2017

110210fall12CS, 5/15/2017



052716faulkner33CS, 5/16/2017

062216macys5CS, 5/16/2017

100916burgerking11CS, 5/16/2017

042217nypd2CS, 5/17/2017

012517homedepot14CS, 5/19/2017

050417walgreens4CS, 5/19/2017

052417ups6CS, 5/26/2017

050717money4CS, 5/26/2017

020117nyc10CS, 5/26/2017

122816bnp1CS, 5/26/2017

052617mailbox12CS, 5/26/2017

090408school3CS, 5/26/2017

053117printing2CS, 5/31/2017

083116iheartradio2CS, 6/2/2017

052617mailbox17CS, 6/2/2017

060217deblasio3CS, 6/5/2017

060517dollartree8CS, 6/8/2017

052016tesla17CS, 6/8/2017

052717snap7CS, 6/8/2017

060817lopezrivera9CS, 6/9/2017

060817lopezrivera24CS, 6/9/2017

022517uber1CS, 6/9/2017

051817train2CS, 6/9/2017

060817lopezrivera19CS, 6/10/2017

060817lopezrivera23CS, 6/10/2017; 060817lopezrivera35CS, 6/10/2017

052617mailbox2CS, 6/11/2017

050317applebees3CS, 6/12/2017

011217flags2CS, 6/12/2017

061117nordstrom2CS, 6/13/2017

110515timelife3CS, 6/13/2017

052617mailbox16CS, 6/14/2017

060517electricity11CS, 6/14/2017

061017aldi6CS, 6/14/2017

060217cityhall7CS, 6/14/2017

061017sears11CS, 6/14/2017

061417accident1CS, 6/15/2017; 061417accident8CS, 6/15/2017

082511hurricane19CS, 6/16/2017

061717protesters17CS, 6/17/2017

061717protesters7CS, 6/17/2017

120916nypd1CS, 6/17/2017

050416train14CS, 6/19/2017

061917spinner7CS, 6/19/2017

061614shore3CS, 6/20/2017

022517uber4CS, 6/20/2017

062217shooting2CS, 6/23/2017

062217staples9CS, 6/23/2017

062317billboard2CS, 6/23/2017

091416tappanzee8CS, 6/23/2017

062317billboard3CS, 6/24/2017

060217cityhall1CS, 6/24/2017

062517spinner1CS, 6/27/2017

120916nypd6CS, 6/27/2017

062517sprint3CS, 6/28/2017

050317walmart3CS, 6/28/2017

062317subway3CS, 6/28/2017

063017accident6CS, 6/30/2017; 063017accident7CS, 6/30/2017

062817uber4CS, 6/30/2017

050617sweeper2CS, 6/30/2017



## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 01, 2017

**Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Sadowski
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1982

## Copyright Claimant

**Copyright Claimant:** Christopher Sadowski
96 9th Avenue, Hawthorne, NJ, 07506, United States

## Rights and Permissions

**Name:** Christopher Sadowski
**Email:** cdsadowski@aol.com
**Telephone:** (973)650-5382
**Address:** 96 9th Avenue
Hawthorne, NJ 07506 United States

## Certification

**Name:** Christopher Sadowski
**Date**: June 30, 2017

*0000VA000205682704O4*

Exhibit "B"

Search Facebook

Florida Memes
August 19, 2019 ·

Check out our Florida store for Florida shirts/mugs/stickers and wine tumblers
We ship worldwide. Order now.
>> http://bit.ly/shopFLMemes <<
— with Rabina Rai.

250 98 95

Like Comment Share

View previous comments Oldest

Top fan
Andrew DeGiacomo
Dustin Pierce
Like Reply 3y

Brandon Lauderdale
Alex Crespi
Like Reply 3y

Starsha Davis
Kyle! Did you do this again?!
Like Reply 3y

Jessica Viles
Andrew Viles
Like Reply 3y
1 Reply

Sofia Gangotena
Rebecca Ragan Joel Kratt Charles Karcher
3
Like Reply 3y
1 Reply

Robert Ferrell
Now he is a badass
Like Reply 3y

Write a comment...

