THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-cv-81281-DMM

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

UNLAWFUL THREADS LLC,

    Defendant.

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

James D'Loughy, Esq. hereby provides his notice of withdrawal as counsel of record for plaintiff Christopher Sadowski ("Plaintiff") due to his resignation from the law firm of CopyCat Legal PLLC ("CopyCat"). Plaintiff remains represented by CopyCat in this action. This Notice is therefore being filed to effectuate removal of undersigned counsel from this action. Therefore, there is good cause to permit James D'Loughy, Esq.'s withdrawal.

                                                Respectfully submitted,

Dated: December 5, 2023.          ADVISOR LAW PLLC
                                         3910 RCA Boulevard
                                         Suite 1015
                                         Palm Beach Gardens, FL 33410
                                         Telephone: (561) 622-7788
                                         Email: jdloughy@advisorlaw.com

                                         By: /s/ James D'Loughy____
                                               James D'Loughy, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ James D'Loughy  
     James D'Loughy, Esq.