UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-81281-MIDDLEBROOKS

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

UNLAWFUL THREADS, LLC,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

**THIS CAUSE** comes before the Court upon the unopposed motion of James D'Loughy, Esq., to withdraw as counsel for Plaintiff, filed on December 5, 2023. (DE 21). Plaintiff's other counsel of record will continue to represent Plaintiff in this matter. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Motion to Withdraw (DE 21) is **GRANTED**.

2. Attorney James D'Loughy, Esq., shall be terminated as counsel of record, and shall no longer have any responsibility for this matter.

3. The Parties are advised that this Order will not constitute good cause to modify and or extend litigation deadlines.

**SIGNED** in Chambers at West Palm Beach, Florida this 7 day of December, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record