UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 9:23-CV-81281-MIDDLEBROOKS

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

UNLAWFUL THREADS LLC,

    Defendant.

## FINAL JUDGMENT

THIS CAUSE comes before the Court pursuant to my Order granting Final Default Judgment in favor of Plaintiff and against Defendant. (DE 24). Accordingly, it is **ORDERED AND ADJUDGED** that:

1) Final Judgment is entered in favor of Plaintiff, Christopher Sadowski, and against Defendant, Unlawful Threads, LLC.

2) Plaintiff is entitled to $3,538.25 in attorneys' fees, $442.00 in costs, and $14,400.00 for the unauthorized use of Plaintiff's copyrighted work. In total, **Defendant is liable to Plaintiff in the amount of $18,280.25.**

3) Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, are prohibited from:

    a. directly or indirectly infringing Plaintiff's copyright or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any work derived or copied from Plaintiff's copyrighted photograph or to participate or assist in any such activity; and

    b. directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photograph owned by Plaintiff.

**SIGNED** in Chambers in West Palm Beach, Florida, this 17 day of April, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE